No. 03–5691. EVANS v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 03–5694. CLARY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5695. WARD v. FLORIDA BOARD OF EDUCATION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–5697. ARNOLD v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 03–5698. ALEX v. STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–5699. GOSSAGE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–5702. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5704. WALKER v. MIAMI-DADE COUNTY, FLORIDA. Dist. Ct. App. Fla, 3d Dist. Certiorari denied.

No. 03–5705. ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

*No. 03–5706. BROWN v. ASHCROFT, ATTORNEY GENERAL.* C. A. 5th Cir. Certiorari denied.

No. 03–5707. PETERSEN v. UTAH BOARD OF PARDONS AND PAROLE. C. A. 10th Cir. Certiorari denied.

No. 03–5716. ZUNIGA-MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5721. SOSA v. WILLIAMS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–5724. ROGERS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.